

2004 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

11-1-2004

# Smriko v. Atty Gen USA

Precedential or Non-Precedential: Precedential

Docket No. 03-1085

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2004

Recommended Citation

"Smriko v. Atty Gen USA" (2004). *2004 Decisions.* Paper 115.
http://digitalcommons.law.villanova.edu/thirdcircuit_2004/115

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2004 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

IN THE UNITED STATES COURT
OF APPEALS
FOR THE THIRD CIRCUIT

NO. 03-1085

SEJID SMRIKO
Petitioner

v.

JOHN ASHCROFT, ATTORNEY GENERAL
OF THE UNITED STATES
Respondent

On Petition for Review of an Order
of the Board of Immigration Appeals
A71-685-464

Argued April 16, 2004

BEFORE:  RENDELL, STAPLETON
and LAY,* Circuit Judges

(Opinion Filed October 26, 2004)

James G. Gavin (Argued)
21 West Broad Street
Burlington, NJ 08016
 Attorney for Petitioner

* Hon. Donald P. Lay, United States Circuit Judge for the Eighth Circuit, sitting by
designation.

Peter D. Keisler
Anthony Wray Norwood
Earle B. Wilson
Michael P. Lindemann
John D. Wiolliams
Terri J. Scadron (Argued)
U.S. Department of Justice
Office of Immigration Litigation
Ben Franklin Station
P.O. Box 878
Washington, DC  20044


## ORDER AMENDING PUBLISHED CONCURRING OPINION

LAY, Circuit Judge:

It is now ordered that the published concurring opinion in the above case filed October 26, 2004, be amended as follows:

On page 24, line 8 of the concurring opinion, delete the words "which follow the Eighth Circuit's opinion" and replace them with the words "in accord with the reasoning".

By the Court


   /s/ Donald P. Lay   
United States Circuit Judge


DATED:  November 1, 2004
SLC/cc: James G. Gavin, Esq.
        John D. William, Esq.
        Michael P. Lindeman, Esq.
        Terri J. Scadron, Esq.
        Earle B. Wilson, Esq.